# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Vincente A. Monclus            Docket No. 5:14-MJ-2231-1

### Petition for Action on Supervised Release

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Vincente Monclus, who, upon an earlier plea of guilty to Driving While Impaired - Level 4 in violation of 18 U.S.C. §13 assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on December 10, 2014, to a 12-month term of supervised probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Mr. Monclus is a resident of the District of Rhode Island and is being supervised by U.S. Probation Officer Clara M. King. Since supervision began, Mr. Monclus pled guilty in state court in Rhode Island to Driving Under the Influence. The offense date for this case was prior to the start of his federal probation. Officer King has requested that Mr. Monclus increase his urine submissions in order to better supervise his case. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a program of substance abuse testing (up to 72 drug tests per year) as directed and approved by the Probation Office. The defendant shall contribute to the costs of such testing based on ability to pay as determined by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: April 1, 2015

### ORDER OF COURT

Considered and ordered this __1__ day of __April__, 2015, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge